UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY STEEL CONSTRUCTION,<br><br>          Plaintiff,<br><br>v.<br><br>PRAETORIAN INSURANCE COMPANY an Illinois corporation; PEERLESS INDEMNITY INSURANCE COMPANY; an Illinois corporation; and DOES 1 – 50, inclusive,<br><br>          Defendants. | Case No. 1:14-CV-01197-SKO<br><br>STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL |

### **STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff Valley Steel Construction (hereinafter referred to as "Plaintiff") and Defendants Praetorian Insurance Company and Peerless Insurance Company that this action shall be dismissed with prejudice, each party to bear their own fees and costs.

Dated:     November 14, 2014            DOWLING AARON INCORPORATED


                                        By:   /s/ G. Andrew Slater
                                              Steven D. McGee
                                              G. Andrew Slater
                                              Attorneys for Plaintiff
                                              VALLEY STEEL CONSTRUCTION

Dated: November 14, 2014        TRESSLER LLP

                                By:   /s/ Ryan B. Luther
                                      Linda Bondi Morrison, Esq.
                                      Ryan B. Luther, Esq.
                                      Attorneys for Defendant
                                      PRAETORIAN INSURANCE

Dated: November 14, 2014        MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

                                By:   /s/ Bridget A. Moorhead
                                      Bridget A. Moorhead
                                      Attorney for Defendant
                                      PEERLESS INSURANCE COMPANY

## ORDER

The parties have stipulated that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. As such, this action is terminated. The Clerk of Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

Dated:   **November 19, 2014**                  **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE